# EXHIBIT A

# EXHIBIT A

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 1 | In re Cardenas, No. 11–58313–ASW, 2015 WL 4764390 (Bkr. N.D. Cal. June 26, 2015) | 6-Jun-15 | $100 | 19,641 | **0.01** |
| 2 | In re Burns, 503 B.R. 666 (Bankr. S.D. Miss. 2013) | 19-Dec-13 | $2,500 | $33,212 | **0.08** |
| 3 | In re Repine, 536 F.3d 512 (5th Cir. 2008) | 22-Jul-08 | $5,000 | $56,600 | **0.09** |
| 4 | In re Tel-A-Communications Consultants, Inc., 50 B.R. 250 (Bankr. D. Conn. 1985) | 4-Jun-85 | $1,000 | $10,580 | **0.09** |
| 5 | In re Watkins, 240 B.R. 668 (Bankr. E.D.N.Y. 1999) | 25-Aug-99 | $1,792 | $15,858 | **0.11** |
| 6 | In re Burrell, No. 10–36989–H4–13, 2012 WL 3727130 (S.D. Tex. Aug. 27, 2012) | 27-Aug-12 | $7,182 | $61,699 | **0.12** |
| 7 | In re Graham, No. 07–40427, 2009 WL 8590643 (Bankr. S.D. Ga. June 18, 2009) | 18-Jun-99 | $5,000 | $41,267 | **0.12** |
| 8 | In re Noland, No. BK 04–71731–CMS–13, 2009 WL 4758651 (Bankr. N.D. Ala. Dec. 7, 2009) | 7-Dec-09 | $1,000 | $7,950 | **0.13** |
| 9 | In re Johnson, 253 B.R. 857 (Bankr. S.D. Ohio 2000) | 29-Sep-00 | $1,000 | $7,669 | **0.13** |
| 10 | In re Graham, No. 07-4124, 2011 WL 7658757 (Bankr. S.D. Ga. Feb. 25, 2011) | 25-Feb-11 | $5,000 | $38,203 | **0.13** |
| 11 | Graham v. Graham, No. CV411–090, 2012 WL 1099886 (S.D. Ga. Mar. 30, 2012) | 30-Mar-12 | $5,000 | $38,202 | **0.13** |
| 12 | In re Nielsen, No. 16–cv–00081–LTB–MJW, 2017 WL 57260 (D. Colo. Jan. 4, 2017) | 4-Jan-17 | $4,000 | $30,127 | **0.13** |
| 13 | In re Nee, No. 14–22944–TPA, 2015 WL 1727180 (Bankr. W.D. Pa. Apr. 13, 2015) | 13-Apr-15 | $500 | $3,678 | **0.14** |
| 14 | In re Steinfeld, 79 B.R. 78 (Bankr. M.D. Fla. 1987) | 21-Oct-87 | $2,000 | $14,156 | **0.14** |
| 15 | In re Weatherford, 413 B.R. 273 (Bankr. D. S.C. 2009) | 6-Apr-09 | $4,000 | $28,259 | **0.14** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 16 | In re Caffey, 384 B.R. 297 (Bankr. S.D. Ala. 2008) | 28-Jan-08 | $5,000 | $35,000 | **0.14** |
| 17 | In re Gunther, 174 B.R. 700 (W.D. Va. 1994) | 4-Nov-94 | $375 | $2,625 | **0.14** |
| 18 | In re Collier, 410 B.R. 464 (Bankr. E.D. Tex. 2009) | 7-Apr-09 | $3,000 | $18,820 | **0.16** |
| 19 | In re Dungey, 99 B.R. 814 (Bankr. S.D. Ohio 1989) | 2-May-89 | $100 | $620 | **0.16** |
| 20 | In re Poindexter, 376 B.R. 732 (Bankr. W.D. Mo. 2007) | 12-Sep-07 | $7,235 | $41,431 | **0.17** |
| 21 | In re Aponte, 82 B.R. 738 (Bankr. E.D. Pa. 1988) | 16-Feb-88 | $2,000 | $11,080 | **0.18** |
| 22 | In re Payne, 387 B.R. 614 (Bankr. D. Kan. 2008) | 6-May-08 | $2,500 | $13,848 | **0.18** |
| 23 | In re Hartman, No. 03–337 Erie, 2004 WL 724470 (W.D. Pa. Mar. 22, 2004) | 22-Mar-04 | $500 | $2,709 | **0.18** |
| 24 | In re Carpio, 213 B.R. 744 (Bankr. W.D. Mo. 1997) | 2-Oct-97 | $1,000 | $5,250 | **0.19** |
| 25 | In re Crawford, No. 08–303122008, 2008 WL 5427713 (Bankr. S.D. Ill. Dec. 24, 2008) | 24-Dec-08 | $1,000 | $5,080 | **0.20** |
| 26 | In re Sillman, No. 2:14-cv-00587-MCE, 2015 WL 1291427 (E.D. Cal. Mar. 20, 2015) | 20-Mar-15 | $7,500 | $38,000 | **0.20** |
| 27 | In re Davis, 374 B.R. 366 (Bankr. S.D. Ga. 2007) | 14-Feb-07 | $2,500 | $12,666 | **0.20** |
| 28 | In re B. Cohen & Sons, Inc., No. 89–3348, 1991 WL 17874 (E.D. Pa. Feb. 13, 1991) | 13-Feb-11 | $10,000 | $50,000 | **0.20** |
| 29 | In re Warren, 532 B.R. 655 (Bankr. S.C. 2015) | 30-Jun-15 | $2,000 | $9,597 | **0.21** |
| 30 | In re Eeds, No. 14–61005–7, 2015 WL 1240344 (Bankr. D. Mont. Mar. 16, 2015) | 16-Mar-15 | $1,000 | $4,183 | **0.24** |
| 31 | In re Hodge, 367 B.R. 843 (Bankr. M.D. Ala. 2007) | 7-May-07 | $1,000 | $4,044 | **0.25** |
| 32 | In re DaShiell, 124 B.R. 242 (Bkr. N.D. Ohio 1990) | 27-Jul-90 | $500 | $1,976 | **0.25** |
| 33 | In re Meis-Nachtrab, 190 B.R. 302 (Bankr. N.D. Ohio 2015) | 18-Dec-15 | $250 | $938 | **0.27** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 34 | Hatcher v. Purdy, No. 1:13–CV–00113–TBR, 2014 WL 1319956 (W.D. Ky. Mar. 31, 2014 ) | 31-Mar-14 | $5,000 | $18,568 | **0.27** |
| 35 | In re Webb, No. 08–41537, 2009 WL 1490034 (Bankr. S.D. Ill. May 27, 2009) | 27-May-09 | $1,000 | $3,674 | **0.27** |
| 36 | In re Seniecle, No. 06–34763, 2009 WL 2902939 (Bankr. N.D.N.Y Apr. 20, 2009) | 20-Apr-09 | $3,500 | $12,410 | **0.28** |
| 37 | In re Banderas, 236 B.R. 841 (Bankr. M.D. Fla. 1999) | 2-Jun-99 | $2,000 | $6,976 | **0.29** |
| 38 | In re Fowler, No. 05–11603–WRS, 05–1110–WRS, 2006 WL 1999123 (Bankr. M.D. Ala. 2006) | 7-Jul-06 | $1,000 | $3,360 | **0.30** |
| 39 | In re Harsh, 277 B.R. 833 (Bankr. M.D. Ga. 2001) | 27-Aug-01 | $3,000 | $9,788 | **0.31** |
| 40 | Bace v. Babitt, No. 11 Civ. 6065(PAC)(HBP), 2012 WL 2574750 (S.D.N.Y. July 3, 2012) | 3-Jul-12 | $250 | $815 | **0.31** |
| 41 | In re Fridge, 239 B.R. 182 (Bankr. N.D. Ill. 1999) | 22-Sep-99 | $2,000 | $6,484 | **0.31** |
| 42 | Haugen v. Murray, No. 14–cv–03638–VC, 2015 WL 3864879 (N.D. Cal. June 22, 2015) | 22-Jun-15 | $7,500 | $24,000 | **0.31** |
| 43 | In re Raney, No. 4:02-BK-14975E, 4-02-AP1190E, 2002 WL 32114563 (Bankr. E.D. Ark. Oct. 4, 2002) | 4-Oct-02 | $1,626 | $5,190 | **0.31** |
| 44 | In re Heafitz, 85 B.R. 274 (Bankr. S.D.N.Y. 1988) | 11-Feb-88 | $1,000 | $3,150 | **0.32** |
| 45 | In re DiGeronimo, 354 B.R. 625 (Bank. E.D.N.Y. 2006) | 9-Nov-06 | $2,500 | $7,800 | **0.32** |
| 46 | In re Snorden, 559 B.R. 857 (Bankr. W.D. Mich. 2016) | 1-Nov-16 | $200 | $614 | **0.33** |
| 47 | In re Parker, 634 Fed.Appx. 770 (11th Cir. 2015) | 17-Dec-15 | $10,000 | $30,318 | **0.33** |
| 48 | In re Schwartz-Tallard, 803 F.3d 1095 (9th Cir. 2015) | 14-Oct-15 | $20,000 | $60,000 | **0.33** |
| 49 | In re Gholston, No. 6:11–bk–17200–ABB, 2012 WL 639288 (Bankr. M.D. Fla. Feb. 27, 2012) | 6-Apr-00 | $500 | $1,500 | **0.33** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 50 | In re Lewis, No. 10–01564–TOM, 2010 WL 2773320 (Bankr. N.D. Ala. July 13, 2010) | 13-Jul-10 | $500 | $1,500 | **0.33** |
| 51 | In re Aughenbaugh, No. 02–01016, 2002 WL 33939738 (Bankr. D. Idaho Sept. 09, 2002) | 9-Sep-02 | $750 | $2,215 | **0.34** |
| 52 | In re Lisenby, No. 05-1153-DHW, 2006 WL 802392 (Bankr. M.D. Ala. Feb. 22, 2006) | 22-Feb-06 | $1,000 | $2,932 | **0.34** |
| 53 | In re Forkner, No. 10–01585, 2010 WL 5462543 (Bankr. N.D. Iowa Dec. 22, 2010) | 22-Dec-10 | $1,000 | $2,927 | **0.34** |
| 54 | In re Franks, No. 05-13245PM, 2006 WL 5737977 (Bankr. D. Md. Jan. 13, 2006) | 13-Jan-06 | $2,000 | $5,814 | **0.34** |
| 55 | In re Adams, 516 B.R. 361 (Bankr. S.D. Miss. 2014) | 21-Aug-14 | $6,600 | $18,835 | **0.35** |
| 56 | In re Locklin, BAP No. CC–15–1008–KuFKi, 2015 WL 8157185 (U.B.A.P. 9th Cir. Dec. 7, 2015) | 7-Dec-15 | $2,500 | $7,033 | **0.36** |
| 57 | In re Wilson, No. 15–51532 MPP, 2016 WL 3303325 (Bankr. E.D. Tenn. June 7, 2016) | 7-Jun-16 | $5,000 | $13,848 | **0.36** |
| 58 | In re Ortiz, Bankr. No. 07–07165 BKT, 2012 WL 5456466 (Bankr. D.P.R. Sept. | 20-Sep-12 | $500 | $1,375 | **0.36** |
| 59 | In re: Bascus, No. 4:15-cv-869, 2016 WL 4438114 (E.D. Tex. Aug. 23, 2016) | 23-Aug-16 | $2,500 | $6,500 | **0.38** |
| 60 | In re Radcliffe, 372 B.R. 401 (Bankr. N.D. Ind. 2007), aff'd 390 B.R. 881 (N.D. Ind. 2008) | 19-Jul-07 | $10,000 | $25,292 | **0.40** |
| 61 | In re Hiers, 76 B.R. 640 (Bank. E.D. Tenn. 1987) | 12-Aug-87 | $1,000 | $2,480 | **0.40** |
| 62 | In re Young, No. 07-05608-TOM-13, 2008 WL 2323922 (Bank. N.D. Ala. June 2, 2008) | 2-Jun-08 | $1,000 | $2,448 | **0.41** |
| 63 | In re Morgan, No. 13–05178–TOM–7, 2014 WL 3733966 (Bankr. N.D. Ala. July 11, 2014) | 11-Jul-14 | $2,500 | $6,000 | **0.42** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 64 | In re Elks, No. 10–08027–8–RDD, 2012 WL 2412051 (Bankr. E.D.N.C. June 26, 2012) | 26-Jun-12 | $4,582 | $10,827 | **0.42** |
| 65 | In re Sanders, No. 09–91176, 2010 WL 582666 (Bankr. C.D. Ill. Feb. 16, 2010) | 16-Feb-10 | $1,000 | $2,340 | **0.43** |
| 66 | In re Newton, No. 96–4131, 1996 WL 33401177 (Bankr. S.D. Ga. 1996) | 19-Dec-96 | $1,000 | $2,238 | **0.45** |
| 67 | In re Rackowski, No. 10–61574, 2011 WL 7069457 (Bankr. N.D.N.Y. June 14, 2011) | 14-Jun-11 | $2,000 | $4,425 | **0.45** |
| 68 | In re Johnson, 03-66402-PWB, 2003 WL 21703529 (Bankr. N.D. Ga. July 18, 2003) | 18-Jul-03 | $750 | $1,645 | **0.46** |
| 69 | In re Davis, 62 B.R. 345 (Bankr. S.D. Ohio 1986) | 5-Jun-86 | $1,000 | $2,135 | **0.47** |
| 70 | Matter of Mueller, No. A91-4084, 1994 WL 369573 (Bankr. D. Neb. June 8, 1994) | 8-Jun-94 | $17,500 | $36,889 | **0.47** |
| 71 | In re Biesboer, No. 08 B 35834, 2010 WL 2940927 (Bankr. N.D. Ill. July 27, 2010) | 27-Jul-10 | $5,000 | $10,521 | **0.48** |
| 72 | In re Campos, No. 02-45201TK, 2006 WL 2560284 (Bankr. D.N.J. Sept. 1, 2006) | 1-Sep-06 | $5,000 | $10,466 | **0.48** |
| 73 | In re Hill, 523 B.R. 704 (Bankr. D. Mont. 2014) | 4-Dec-14 | $300 | $613 | **0.49** |
| 74 | In re Johnson, 138 B.R. 352 (Bankr. D.R.I. 1992) | 5-Mar-92 | $500 | $1,000 | **0.50** |
| 75 | In re Graham, No. 02-51191, 2002 WL 31045312 (Bankr. M.D.N.C. Aug. 5, 2002) | 5-Aug-02 | $1,000 | $2,000 | **0.50** |
| 76 | In re Bair Island Marina & Office Ctr., 116 B.R. 180 (Bankr. N.D. Cal. 1990) | 22-Jun-90 | $50,000 | $100,000 | **0.50** |
| 77 | In re Fernandez, No. DKC 14–1785, 2014 WL 3845857 (D. Md. Aug. 04, 2014) | 4-Aug-14 | $1,750 | $3,500 | **0.50** |
| 78 | In re Ellis, No. 99–51589 C–13, 2000 WL 33673777 (Bankr. M.D.N.C. Oct. 4, 2000) | 4-Oct-00 | $500 | $1,000 | **0.50** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 79 | In re Biehl, No: 6: 13–bk–26277–MH, 2017 WL 1040941 (Bankr. C.D. Cal. Mar. 13, 2017) | 13-Mar-17 | $5,000 | $9,927 | **0.50** |
| 80 | In re Breul, 533 B.R. 782 (Bankr. C.D. Cal. 2015) | 10-Jul-15 | $9,750 | $19,297 | **0.51** |
| 81 | In re Hookup, L.L.C., No. 12–33202–KRH, 2013 WL 164637 (Bankr. E.D. Va. Jan. 15, 2013) | 15-Jan-13 | $50,000 | $95,354 | **0.52** |
| 82 | In re Bell, Bankr. Nos. 93–4010, 92–40220, 1993 WL 13005092 (Bankr. S.D. Ga. July 13, 1993) | 13-Jul-93 | $25,000 | $47,435.00 | **0.53** |
| 83 | In re Heeley, No. 14–03291–5–DMW, 2014 WL 7012652 (Bankr. E.D.N.C. Dec. 11, 2014) | 11-Dec-14 | $5,000 | $9,101 | **0.55** |
| 84 | In re Brigham, 2001 WL 1868123 (Bankr. D.N.H. Dec. 17, 2001) | 17-Dec-01 | $2,500 | $4,362 | **0.57** |
| 85 | In re Smith, 170 B.R. 111 (Bankr. N.D. Ohio 1994) | 9-Jun-94 | $1,000 | $1,670 | **0.60** |
| 86 | In re Escobedo, 513 B.R. 605 (Bankr. D. N.M. 2014) | 3-Jul-14 | $7,000 | $11,654 | **0.60** |
| 87 | In re Alcock, No. 02-3640C, 2003 WL 22110446 (Bankr. N.D. Iowa Sept. 11, | 11-Sep-03 | $1,500 | $2,473 | **0.61** |
| 88 | In re Andrus, No. 04–00061, 2004 WL 2216493 (Bankr. D. Idaho Sept. 23, 2004) | 23-Sep-04 | $8,000 | $13,181 | **0.61** |
| 89 | In re Everett, 127 B.R. 781 (Bankr. E.D.N.C. 1991) | 7-Jun-91 | $800 | $1,300 | **0.62** |
| 90 | In re Henderson, No. 09–50596, 2011 WL 1838777 (Bankr. E.D. Kent. 2013) | 13-May-11 | $25,000 | $40,048 | **0.62** |
| 91 | In re Chew, 346 B.R. 1 (Bankr. D. Mass. 2006) | 13-Jul-06 | $5,997 | $9,399 | **0.64** |
| 92 | In re Young, No. B-98-51142, 2000 WL 33673801 (Bankr. M.D.N.C. June 21, 2000) | 21-Jun-00 | $1,000 | $1,550 | **0.65** |
| 93 | In re Mann, No. 03–82973 C–13, 2004 WL 574354 (Bankr. M.D.N.C. Mar. 8, 2004) | 8-Mar-04 | $7,500 | $11,600 | **0.65** |
| 94 | In re Dexter, No. 10–07071–8–RDD, 2012 WL 137509 (Bankr. E.D. N.Car. Jan. 18, 2012) | 18-Jan-12 | $10,000 | $15,429 | **0.65** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 95 | In re Dunn, No. 05–25370, 2006 WL 6627088 (Bkr. E.D. Pa. July 10, 2006) | 10-Jul-06 | $1,840 | $2,775 | **0.66** |
| 96 | In re Brooks, No. 6:08–bk–001619–ABB, 2008 WL 5641588 (Bankr. M.D. Fla. July 29, 2008) | 29-Jul-08 | $500 | $750 | **0.67** |
| 97 | In re Baggs, 283 B.R. 726 (Bankr. C.D. Ill. 2002) | 19-Jul-02 | $300 | $450 | **0.67** |
| 98 | In re Elegant Concepts, Ltd., 67 B.R. 914 (Bankr. E.D.N.Y. 1986) | 15-Dec-86 | $500 | $750 | **0.67** |
| 99 | In re Castro, 08-01135-8-JRL, 2008 WL 4820526 (Bankr. E.D.N.C. Nov. 5, 2008) | 5-Nov-08 | $5,000 | $7,500 | **0.67** |
| 100 | In re LaTempa, 58 B.R. 538 (Bankr. W.D. Va. 1986) | 17-Mar-86 | $500 | $750 | **0.67** |
| 101 | In re Foust, No. 98–50774, 2000 WL 33769159 (Bankr. S.D. Miss. July 18, 2000) | 18-Jul-00 | $100,000 | $144,473 | **0.69** |
| 102 | In re Gately, No. 12–06145–8–JRL, 2013 WL 950047 (Bankr. E.D.N.C. Mar. 11, 2013) | 11-Mar-13 | $3,500 | $5,000 | **0.70** |
| 103 | In re Achterberg, No. 08–92594–E–7, 2017 WL 473829 (Bankr. E.D. Cal. Feb. 3, 2017) | 3-Feb-17 | $15,000 | $21,361 | **0.70** |
| 104 | In re Rosa, 313 B.R. 1 (Bankr. D. Mass. 2004) | 11-Aug-04 | $6,977 | $9,876 | **0.71** |
| 105 | In re Scroggin, 364 B.R. 772 (10th Cir. 2007) | 16-Mar-07 | $5,000 | $7,077 | **0.71** |
| 106 | In re Martin, No. 97–71599, 1997 WL 33479086 (Bankr. C.D. Ill. Aug. 26, 1997) | 26-Aug-97 | $500 | $700 | **0.71** |
| 107 | In re Byrd, No. 08–02661–TOM–7, 2009 WL 385571 (Bankr. N.D. Ala. 2009) | 5-Feb-09 | $2,000.00 | $2,750 | **0.73** |
| 108 | In re Quinones Lopez, 319 B.R. 58 (Bankr. D. P.R. 2004) | 16-Jan-04 | $7,800 | $10,480 | **0.74** |
| 109 | In re Manuel, No. 14-53487, 2014 WL 7405471 (Bankr. E.D. Mich. Dec. 24, 2014) | 24-Dec-14 | $500 | $664 | **0.75** |
| 110 | In re Dynamic Tours & Transp., Inc., 359 B.R. 336 (Bankr. M.D. Fla. 2006) | 19-Dec-06 | $50,000 | $65,043 | **0.77** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|-----|-----------|------|----------|--------|-------|
| 111 | In re Fry, 122 B.R. 427 (Bankr. N.D. Okla. 1990) | 18-Oct-90 | $25,000 | $32,468 | **0.77** |
| 112 | In re Rivera, 511 B.R. 6 (Bankr. D.P.R. 2014) | 29-May-14 | $100,000 | $128,250 | **0.78** |
| 113 | In re Tuecke, No. 06–00399, 2006 WL 3000028 (Bankr. N.D. Iowa Oct. 10, 2006) | 10-Oct-06 | $1,500 | $1,900 | **0.79** |
| 114 | In re Wood, No. 07–01864, 2012 WL 1899254 (Bankr. N.D. Iowa May 24, 2012) | 24-May-12 | $1,500 | $1,861 | **0.81** |
| 115 | In re Goodfellow, 298 B.R. 358 (Bankr. N.D. Iowa 2003) | 3-Sep-03 | $5,000 | $6,200 | **0.81** |
| 116 | In re Grisham, No. 11–02924, 2013 WL 427935 (Bank. D. Haw. Feb. 04, 2013) | 4-Feb-13 | $4,000 | $4,940 | **0.81** |
| 117 | In re Blair, No. 187-00593, 1988 WL 1606236 (Bankr. S.D. Ga. Feb. 11, 1988) | 11-Feb-88 | $250 | $300 | **0.83** |
| 118 | In re Black, No. 16-00230-5-JNC, 2016 WL 1043674 (Bankr. E.D.N.C. Mar. 14, 2016) | 14-Mar-16 | $2,500 | $3,000 | **0.83** |
| 119 | In re Capion, Nos. 98–2242 DH, 98–4140 DH, 2000 WL 35798603 (Bankr. S.D. Iowa June 28, 2000) | 28-Jun-00 | $20,000 | $23,940 | **0.84** |
| 120 | In re McCormack, 203 B.R. 521 (Bankr. D.N.H. 1996) | 22-Nov-96 | $10,000 | $11,600 | **0.86** |
| 121 | In re Hromidko, 302 B.R. 629 (Bankr. N.D. Iowa 2003) | 21-Nov-03 | $5,000 | $5,594 | **0.89** |
| 122 | In re Baird, No. 05–38198, 2006 WL 3922527 (Bankr. E.D. Tenn. Jan. 27, 2006) | 27-Jan-06 | $500 | $555 | **0.90** |
| 123 | In re Brown, No. 07–30283–KRH, 2007 WL 2254664 (Bankr. E.D. Va. Aug. 3, 2007) | 3-Aug-07 | $5,000 | $5,544 | **0.90** |
| 124 | In re Ventura-Linenko, No. 3:10–cv–138–RCJ–RAM, 2011 WL 1304464 (D. Nev. Apr. 1, 2011) | 1-Apr-11 | $3,500 | $3,850 | **0.91** |
| 125 | In re Snowden, 769 F.3d 651 (9th Cir. 2015) | 5-Jun-14 | $12,000 | $12,945 | **0.93** |
| 126 | In re Smith, 296 B.R. 46 (Bankr. M.D. Ala. 2003) | 21-Jul-03 | $25,000 | $26,400 | **0.95** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 127 | In re Bun Auyeung, No. 09–35065–E–13, 2012 WL 8143366 (Bankr. E.D. Cal. Apr. 11, 2012) | 11-Apr-12 | $7,500 | $7,760 | **0.97** |
| 128 | In re NCVAMD, Inc., No. 10–03098–8–SWH, 2013 WL 6860816 (Bankr. E.D.N.C. Dec. 31, 2013) | 31-Dec-13 | $10,000 | $10,045 | **1.00** |
| 129 | In re Westridge, No. 07–35257, 2009 WL 3491164 (Bankr. S.D.N.Y. Oct. 23, 2009) | 23-Oct-09 | $13,747 | $13,747 | **1.00** |
| 130 | In re Sumpter, 171 B.R. 835 (Bankr. N.D. Ill. 1994) | 22-Aug-94 | $1,000 | $1,000 | **1.00** |
| 131 | In re Rice, No. 00–73898, 2001 WL 34072900 (Bankr. C.D. Ill. Apr. 10, 2011) | 10-Apr-11 | $500 | $500 | **1.00** |
| 132 | In re Dueease, No. 6:06–bk–02959–ABB, 2008 WL 4936398 (Bankr. M.D. Fla. Apr. 2, 2008) | 2-Apr-08 | $250 | $250 | **1.00** |
| 133 | In re Velichko, 473 B.R. 64 (Bankr. S.D.N.Y. 2012) | 12-Jun-12 | $303 | $303 | **1.00** |
| 134 | In re Mitchell, No. 08–8448–AJM–7, 2009 WL 301910 (Bankr. S.D. Ind. Feb. 5, 2009) | 5-Feb-09 | $1,000 | $1,000 | **1.00** |
| 135 | In re Fitzgerald, No. 09–00371, 2009 WL 1809930 (Bankr. N.D. Iowa June 23, 2009) | 23-Jun-09 | $3,000 | $3,000 | **1.00** |
| 136 | In re Malcomson, No. 6:04–BK–06225–6B7, 2005 WL 419724 (Bankr. M.D. Fla. Jan. 5, 2005) | 5-Jan-05 | $300 | $300 | **1.00** |
| 137 | In re Kinney, No. 0405368, 2005 WL 419723 (Bankr. M.D. Fla. Jan. 4, 2005) | 4-Jan-05 | $300 | $300 | **1.00** |
| 138 | In re Armstrong, 96 B.R. 55 (Bank. E.D. N.C. 1989) | 10-Feb-89 | $2,284 | $2,284 | **1.00** |
| 139 | In re Ogden, No. 15-cv-01274-RBJ, 2016 WL 1077355 (D. Colo. Mar. 18, 2016) | 18-Mar-16 | $35,000 | $34,405 | **1.02** |
| 140 | In re Burnett, No. 91–1096, 1992 WL 12004367 (Bankr. S.D. Ga. Feb. 3, 1992) | 3-Feb-92 | $3,000 | $2,650 | **1.13** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 141 | In re Bolen, 295 B.R. 803 (Bankr. D.S.C. 2002) | 21-Jun-02 | $12,500 | $10,850 | **1.15** |
| 142 | In re Loe, No. 11–44598–DML–13, 2013 WL 6628960 (Bankr. N.D. Tex. Dec. 17, 2013) | 17-Dec-13 | $25,000 | $21,213 | **1.18** |
| 143 | In re Curtis, 322 B.R. 470 (Bankr. D. Mass. 2005) | 31-Mar-05 | $30,000 | $23,220 | **1.29** |
| 144 | In re Salov, 510 B.R. 720 (Bankr. S.D.N.Y. 2014) | 6-Jun-14 | $10,000 | $7,635 | **1.31** |
| 145 | In re Sauls, No. 12–80094C–13D, 2012 WL 1224379 (Bankr. M.D.N.C. Apr. 11, 2012) | 11-Apr-12 | $3,500 | $2,630 | **1.33** |
| 146 | In re Lankford, 305 B.R. 297 (Bankr. N.D. Iowa 2004) | 20-Jan-04 | $1,000 | $750 | **1.33** |
| 147 | In re Lukach, No. 805–89014–478, 2007 WL 1365436 (Bankr. E.D.N.Y. May 8, 2007) | 8-May-07 | $5,000 | $3,713 | **1.35** |
| 148 | Townsend v. Direct Buy, No 13-00129, 2014 WL 801486 (Bank. N.D. Ala. Feb. 28, 2014) | 28-Feb-14 | $5,000 | $3,450 | **1.45** |
| 149 | In re Law, 497 B.R. 843 (Bankr. N.D. Tex. 2013) | 29-Aug-13 | $10,000 | $6,880 | **1.45** |
| 150 | Mercer v. D.E.F., Inc., 48 B.R. 562 (Bank. D. Minn. 1985) | 16-Apr-85 | $5,000 | $3,418 | **1.46** |
| 151 | In re Kroh Bros. Development Co., 91 B.R. 525 (Bankr. W.D. Mo. 1988) | 2-Sep-88 | $140,000 | $94,880 | **1.48** |
| 152 | In re Garner, No. 10-63228-B-13, 2012, WL 8169882 (Bankr. E. D. Cal. Mar. 16, 2012) | 16-Mar-12 | $1,000 | $676 | **1.48** |
| 153 | In re Fox, No. 87–03694S, 1989 WL 112790 (Bankr. E.D. Pa. Sept. 27, 1989) | 27-Sep-89 | $300 | $200 | **1.50** |
| 154 | Matter of National Marine Sales and Leasing, Inc., 79 B.R. 442 (Bankr. W.D. Mo. 1987) | 22-Jun-87 | $1,500 | $1,000 | **1.50** |
| 155 | In re Sawyer, No. 01–13639C–7G, 2002 WL 523903 (Bankr. M.D.N.C. Apr. 1, 2002) | 1-Apr-02 | $1,000 | $645 | **1.55** |
| 156 | In re Pawlowicz, 337 B.R. 640 (Bankr. N.D. Ohio 2005) | 5-Dec-05 | $5,000 | $3,055 | **1.64** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 157 | In re Slayton, No. 08–40094, 2009 WL 8590642 (Bankr. S.D. Ga. Jan. 27, 2007) | 27-Jan-07 | $30,000 | $18,100 | **1.66** |
| 158 | In re Bandy, Bankr. No. 03–00753, 2003 WL 21781995 (Bankr. N.D. Iowa July 29, 2003) | 29-Jul-03 | $1,500 | $900 | **1.67** |
| 159 | In re Graves, No. 02-04233, 2003 WL 21781968 (Bank. N.D. Iowa July 29, 2003) | 29-Jul-03 | $1,500 | $900 | **1.67** |
| 160 | In re Markey, 144 B.R. 738 (Bankr. W.D. Mich. 1992) | 14-Sep-92 | $12,500 | $7,150 | **1.75** |
| 161 | In re Perviz, 302 B.R. 357 (Bankr. N.D. Ohio 2003) | 20-Nov-03 | $8,000 | $4,555 | **1.76** |
| 162 | Matter of Toll, 175 B.R. 406 (Bank. N.D. Ala. 1994) | 23-Sep-94 | $10,000 | $5,650 | **1.77** |
| 163 | In re Atamian, 344 B.R. 200 (Bankr. D. Mass. 2006) | 15-Jun-06 | $10,000 | $5,584 | **1.79** |
| 164 | In re Fauser, No. 10–31501, 2011 WL 6217009 (Bankr. S.D. Tex. Dec. 14, 2011) | 14-Dec-11 | $4,500 | $2,500 | **1.80** |
| 165 | In re Jim Nolker Chevrolet-Buick-Oldsmobile, Inc., 121 B.R. 20 (Bankr. W.D. Miss. 1990) | 14-Nov-90 | $2,500 | $1,375 | **1.82** |
| 166 | In re Stanton, No. BK10-42169-TJM, 2010 WL 4608268 (Bank. D. Neb. Nov. 4, 2010) | 4-Nov-10 | $1,000 | $550 | **1.82** |
| 167 | In re Mooney, 340 B.R. 351 (Bankr. E.D. Tex. 2006) | 23-Mar-06 | $40,000 | $21,643 | **1.85** |
| 168 | In re Robison, No. 00–07173–W, 2001 WL 1804316 (Bankr. D. S.C. Apr. 26, 2001) | 26-Apr-01 | $1,000 | $538 | **1.86** |
| 169 | In re De Groote, No. 02–00981, 2007 WL 1670380 (Bankr. D. C. June 7, 2007) | 7-Jun-07 | $40,000 | $20,868 | **1.92** |
| 170 | In re Jacobs, 100 B.R. 357 (Bankr. S.D. Ohio 1989) | 5-Jun-89 | $1,500 | $780 | **1.92** |
| 171 | In re Gallo, No. 07–10958C–13G, 2012 WL 3930320 (Bankr. M.D.N.C. Sept. 10, 2012) | 10-Sep-12 | $10,000 | $5,115 | **1.96** |
| 172 | In re Sansone, 99 B.R. 981 (Bankr. C.D. Cal. 1989) | 15-May-89 | $25,000 | $12,713 | **1.97** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 173 | In re Mauer, No. 10–02278–8–RDD, 2011 WL 5509217 (Bank. E.D. N. Car. Nov. 7, 2011) | 7-Nov-11 | $3,000 | $1,500 | **2.00** |
| 174 | In re White, 410 B.R. 322 (Bankr. M.D. Fla. 2009) | 11-Aug-09 | $10,000 | $5,000 | **2.00** |
| 175 | In re Welch, 296 B.R. 170 (Bankr. C.D. Ill. 2003) | 1-Jul-03 | $500 | $250 | **2.00** |
| 176 | In re Comoletti, No. 6:09–bk–01824–ABB, 2009 WL 4267343 (Bankr. M.D. Fla. Nov. 18, 2009) | 18-Nov-09 | $500 | $250 | **2.00** |
| 177 | In re Coopersmith, No. 11–04263–8–RDD, 2012 WL 1143801 (Bankr. E.D.N.C. Apr. 4, 2012) | 4-Apr-12 | $10,000 | $5,000 | **2.00** |
| 178 | In re Swilling, No. 07–11273–WRS, 2008 WL 4999090 (Bankr. M.D. Ala. Nov. 20, 2008) | 20-Nov-08 | $10,000 | $5,000 | **2.00** |
| 179 | In re Webb, No. 07–13703, 2012 WL 3638005 (Bankr. N.D. Ohio Aug. 22, 2012) and Dkt. 164 | 22-Aug-12 | $19,284 | $9,642 | **2.00** |
| 180 | In re Exum, No. 12–02029–8–RDD, 2012 WL 6059202 (Bankr. E.D.N.C. Dec. 6, 2012) | 6-Dec-12 | $10,000 | $5,000 | **2.00** |
| 181 | In re Colosimo, 263 B.R. 221 (Bankr. N.D. 2001) | 12-Jun-01 | $750 | $375 | **2.00** |
| 182 | In re Depew, 51 B.R. 1010 (Bankr. E.D. Tenn. 1985) | 17-Jul-85 | $1,000 | $499 | **2.00** |
| 183 | In re Davis, 265 B.R. 453 (Bankr. N.D. Fla. 2001) | 21-Jun-01 | $4,500 | $2,232 | **2.02** |
| 184 | In re Jackson, 309 B.R. 33 (Bankr. W.D. Mo. 2004) | 28-Apr-04 | $2,800 | $1,373 | **2.04** |
| 185 | In re Iskric, 496 B.R. 355 (Bankr. M.D. Pa. 2013) | 7-Aug-13 | $30,000 | $14,240 | **2.11** |
| 186 | In re Calvillo, No. 01–82537, 2002 WL 32001416 (Bankr. C.D. Ill. May 16, | 16-May-02 | $1,000 | $465 | **2.15** |
| 187 | In re Lempesis, 557 B.R. 659 (Bankr. N.D. Ill. 2016) | 28-Sep-16 | $50,000 | $23,133 | **2.16** |
| 188 | In re Johnson, No. 07-03922-TOM-13, 2008 WL 450449 (Bank. N.D. Ala. Feb. 15, 2008) | 15-Feb-08 | $3,000 | $1,365 | **2.20** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 189 | In re Murray, Nos. 90-12200, 91-1045, 1991 WL 11002462 (Bank. S.D. Ga. Jul. 23, 1991) | 23-Jul-91 | $10,000 | $4,500 | **2.22** |
| 190 | In re Diviney, 225 B.R. 76215 (B.A.P 10th Cir. 1998) | 16-Oct-98 | $40,000 | $17,850 | **2.24** |
| 191 | In re Hildreth, 357 B.R. 650 (Bankr. M.D. Ala. 2006) | 14-Dec-06 | $20,945 | $9,000 | **2.33** |
| 192 | In re Burch, No. C/A 09-07802-DD, 2011 WL 3207083 (Bank. D.S.C. 2011) | 26-Jul-11 | $12,000 | $5,105 | **2.35** |
| 193 | In re Panek, 402 B.R. 71 (Bankr. D. Mass. 2009) | 5-Mar-09 | $10,000 | $4,240 | **2.36** |
| 194 | In re Shade, 261 B.R. 213 (Bankr. C.D. Ill. 2001) | 19-Mar-11 | $9,000 | $3,800 | **2.37** |
| 195 | In re Bolin, No. CA 12–02442–DD, 2012 WL 4062807 (Bankr. D.S.C. Sept. 13, 2012) | 13-Sep-12 | $5,000 | $2,101 | **2.38** |
| 196 | Towery v. Select Portfolio Servicing, Inc., No. 04–70483 HDH–13, 2006 WL 6510437 (N.D. Tex. Mar. 24, 2006) | 24-Mar-06 | $60,000 | $25,000 | **2.40** |
| 197 | In re Vaughn, No. 00–52107 C–13, 2001 WL 1699688 (Bankr. M.D.N.C. Apr. 20, 2001) | 20-Apr-01 | $4,500 | $1,861 | **2.42** |
| 198 | In re Long, No. 11–05070–8–RDD, 2012 WL 1566171 (Bankr. E.D.N.C. May 2, 2012) | 2-May-12 | $7,500 | $3,000 | **2.50** |
| 199 | In re Brannen, No. 89-60229, 89-6011, 1990 WL 10007473 (Bankr. S.D. Ga. June 27, 1990) | 27-Jun-90 | $500 | $200 | **2.50** |
| 200 | In re Gagliardi, 290 B.R. 808 (Bankr. D. Colo. 2003) | 18-Mar-03 | $10,000 | $3,953 | **2.53** |
| 201 | In re Int'l. Forex of California, Inc., 247 B.R. 284 (Bankr. S.D. Cal. 2000) | 6-Apr-00 | $30,000 | $11,445 | **2.62** |
| 202 | In re Knaus, 889 F.2d 773 (8th Cir. 1989) | 13-Nov-89 | $750 | $270 | **2.78** |
| 203 | In re Bivens, 324 B.R. 39 (Bankr. N.D. Ohio 2004) | 18-Aug-04 | $1,000 | $350 | **2.86** |
| 204 | In re Flynn, 143 B.R. 798 (Bankr. D.R.I. 1992) | 7-Aug-92 | $5,000 | $1,750 | **2.86** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 205 | Taylor v. Credit Cars of Lexington, No. C/A 10–1560, 2010 WL 5437244 (Bankr. D.S.C. Aug. 5, 2010) | 5-Aug-10 | $5,000 | $1,734 | **2.88** |
| 206 | In re See, 301 B.R. 549 (Bankr. N.D. Iowa 2003) | 28-Oct-03 | $5,000 | $1,731 | **2.89** |
| 207 | Consumer Fin. Serv. Corp. v. Alexander, No. 10 C 67252011, 2011 WL 760167 (N.D. Ill. Feb. 24, 2011) | 24-Feb-11 | $9,600 | $3,239 | **2.96** |
| 208 | In re Spires, Nos. 90–12223, 91–1052, 1991 WL 11002464 (Bankr. S.D. Ga. Aug. 09, 1991) | 9-Aug-91 | $4,500 | $1,500 | **3.00** |
| 209 | In re Emberton, 263 B.R. 817 (Bankr. W.D. Ky. 2001) | 22-May-01 | $26,275 | $8,758 | **3.00** |
| 210 | In re Crow, No. 13-3012, 2013 WL 4668558 (Bankr. N.D. Ohio Aug. 30, 2013) | 30-Aug-13 | $11,000 | $3,642 | **3.02** |
| 211 | In re Stephens, 495 B.R. 608 (Bankr. N.D. Ga. 2013) | 3-Jul-13 | $17,890 | $5,884 | **3.04** |
| 212 | In re Anderson, 430 B.R. 882 (Bankr. S.D. Iowa 2010) | 13-Apr-10 | $10,000 | $3,270 | **3.06** |
| 213 | In re Brockington, 129 B.R. 68 (Bankr. D.S.C. 1991) | 1-Feb-91 | $500 | $158 | **3.16** |
| 214 | In re McCurdy, 142 B.R. 11 (Bankr. D.N.H. 1992) | 15-Apr-92 | $5,000 | $1,560 | **3.21** |
| 215 | In re Will, 303 B.R. 357 (Bankr. N.D. Ill. 2003) | 20-Nov-03 | $2,000 | $524 | **3.82** |
| 216 | In re Stamps, No. 00 B 06684, 2000 WL 1706897 (Bankr. N.D. Ill. Nov. 14, 2000) | 14-Nov-00 | $4,800 | $1,239 | **3.87** |
| 217 | In re Kaufman, 315 B.R. 858 (Bankr. N.D. Cal. 2004) | 19-Oct-04 | $450,000 | $116,000 | **3.88** |
| 218 | In re Lansaw, No. 06-23936-TPA, 2015 WL 224093 (Bank. W.D. Pa. Jan. 14, 2015) | 14-Jan-15 | $40,000 | $10,100 | **3.96** |
| 219 | In re Fisher, 144 B.R. 237 (Bankr. D. R.I. 1992) | 16-Sep-92 | $4,000 | $1,000 | **4.00** |
| 220 | In re Perry, No. 04–80461–7D, 2004 WL 3510115 (Bankr. M.D.N.C. June 03, 2004) | 3-Jun-04 | $2,000 | $500 | **4.00** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 221 | In re Loseke, No. BK08–80324–TJM, 2008 WL 2783147 (Bankr. D. Neb. July 17, 2008) | 17-Jul-08 | $5,000 | $1,224 | **4.08** |
| 222 | In re Tezla, No. 08–12700DWS, 2009 WL 212542 (Bankr. E.D. Pa. Jan. 28, 2009) | 28-Jan-09 | $11,000 | $2,660 | **4.14** |
| 223 | Molette v. Title Max of Georgia, No. 1:13-CV-1615-CAP, 2014 WL 12651268 (N.D. Ga. Feb. 11, 2014) | 11-Feb-14 | $1,500 | $358 | **4.19** |
| 224 | In re Steehler, No. NV-05-1157-KPaP, 2006 WL 6811017 (B.A.P. 9th Cir. 2006) | 3-Aug-06 | $8,700 | $2,000 | **4.35** |
| 225 | In re Sumpter, Adv. No. 97–04112A–JDW, 1997 WL 33419267 (Bankr. S.D. Ga Sept. 8, 1997) | 8-Sep-97 | $5,000 | $1,129 | **4.43** |
| 226 | In re Murphy, No. 13-3058, 2014 WL 1089854 (Bankr. N.D. Ohio Mar. 19, 2014) | 19-Mar-14 | $900 | $200 | **4.50** |
| 227 | In re Novak, 223 B.R. 363 (Bankr. M.D. Fla. 1997) | 9-Apr-97 | $20,000 | $4,285 | **4.67** |
| 228 | In re Grace, 85 B.R. 464 (Bankr. S.D. Ohio 1988) | 25-Feb-88 | $250 | $53 | **4.72** |
| 229 | In re Derringer, 375 B.R. 903 (BAP 10th Cir. 2007) | 24-Sep-07 | $750 | $153 | **4.90** |
| 230 | In re Han, 333 B.R. 881 (Bankr. N.D. Fla. 2005) | 26-Sep-05 | $2,000 | $400 | **5.00** |
| 231 | In re Cullen, 329 B.R. 52 (Bankr. N.D. Iowa 2005) | 16-Aug-05 | $5,000 | $1,000 | **5.00** |
| 232 | In re Baxter, No. 13–27709–DER, 2015 WL 6122158 (Bankr. D. Md. Oct. 15, 2015) | 15-Oct-15 | $5,000 | $1,000 | **5.00** |
| 233 | In re Johnson, No. 06–02537–BGC–13, 2007 WL 2274715 (Bankr. N.D. Ala. Aug. 7, 2007) | 7-Aug-07 | $5,500 | $1,100 | **5.00** |
| 234 | In re Bragg, 56 B.R. 46 (Bankr. M.D. Ala. Nov. 27, 1985) | 27-Nov-85 | $250 | $50 | **5.00** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
| --- | --- | --- | --- | --- | --- |
| 235 | In re Gardner, No. 15–15192(MBK), 2016 WL 1576700 (Bankr. D.N.J. Mar. 31, 2016) | 31-Mar-16 | $57,828 | $11,566 | **5.00** |
| 236 | In re Timbs, 178 B.R. 989 (Bankr. E.D. Tenn. 1994) | 22-Jun-94 | $5,000 | $986 | **5.07** |
| 237 | In re M&J Feed Mill, Inc., 112 B.R. 985 (Bankr. W.D. Mo. 1990) | 11-Apr-90 | $6,000 | $1,100 | **5.45** |
| 238 | Dolan v. Dolan, No. H:11–2673, 2012 WL 371631 (S.D. Tex. Feb. 2, 2012) | 2-Feb-12 | $125,895 | $20,758 | **6.07** |
| 239 | In re Smoot, 134 B.R. 960 (Bkr. N.D. Ala. 1991) | 27-Dec-91 | $5,000 | $817 | **6.12** |
| 240 | In re Sands, No. 10–12205C–13G, 2011 WL 3962491 (Bankr. M.D. N. Car. Apr. 1, 2011) | 1-Apr-11 | $7,500 | $1,200 | **6.25** |
| 241 | In re Figuera, No. 14–21730–A–7, 2014 WL 4923078 (Bankr. E.D. Cal. July 28, 2014) | 28-Jul-14 | $3,000 | $475 | **6.32** |
| 242 | In re Kaiser, 158 B.R. 808 (Bankr. D. Neb. 1993) | 14-Jul-93 | $7,500 | $1,150 | **6.52** |
| 243 | In re Cepero, 226 B.R. 595 (Bankr. S.D. Ohio 1998) | 9-Oct-98 | $12,000 | $1,832 | **6.55** |
| 244 | Budget Service Co. v. Better Homes of Virginia, Inc., 804 F.2d 289 (4th Cir. 1986) | 3-Nov-86 | $10,000 | $1,513 | **6.61** |
| 245 | In re Bilfield, 494 B.R. 292 (Bankr. N.D. Ohio 2013) | 12-Jun-13 | $10,500 | $1,451 | **7.24** |
| 246 | In re Bowen, 00-11385DWS, 2000 WL 708961 (Bankr. E.D. Pa. May 26, 2000) | 26-May-00 | $400 | $55 | **7.27** |
| 247 | Credit Nation Lending Services, LLC v. Nettles, 489 B.R. 239 (Bankr. N.D. Ala. 2013) | 25-Mar-13 | $6,128 | $800 | **7.66** |
| 248 | In re Bishop, 296 B.R. 890 (Bankr. S.D. Ga. 2003) | 2-May-03 | $50,000 | $6,307 | **7.93** |
| 249 | In re Bruner-Halteman, No. 12-32429-HDH-13, 2016 WL 1427085 (Bankr. N.D. Tex. Apr. 8, 2016) | 8-Apr-16 | $74,000 | $8,395 | **8.81** |
| 250 | In re Ocasio, 272 B.R. 815 (B.A.P. 1st Cir. 2002) | 21-Feb-02 | $9,000 | $1,000 | **9.00** |
| 251 | In re Carrigan, 109 B.R. 167 (Bankr. W.D.N.C. 1989) | 27-Apr-89 | $9,239 | $1,000 | **9.24** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 252 | In re Hodges, No. 04–03275, 2004 WL 4960369 (Bankr. D. Idaho Dec. 15, 2004) | 15-Dec-04 | $225 | $23 | **9.78** |
| 253 | In re Henry, 266 B.R. 457 (Bankr. C.D. Cal. 2001) | 22-Aug-01 | $65,700 | $6,570 | **10.00** |
| 254 | In re Daniels, 316 B.R. 342 (Bankr. N.D. Idaho 2004) | 27-Oct-04 | $1,350 | $135 | **10.00** |
| 255 | Collier v. Washington, 551 B.R. 249 (W.D. La. 2016) | 31-Mar-16 | $7,020 | $702 | **10.00** |
| 256 | In re Buckner, 350 B.R. 874 (Bankr. D. Idaho 2005) | 11-Mar-05 | $5,700 | $570 | **10.00** |
| 257 | Jones v. Wells Fargo Home Mortg., Inc., 489 B.R. 645 (E.D. La. 2013) | 19-Mar-13 | $3,171,154 | $317,115 | **10.00** |
| 258 | In re Arriaza, No. 03–02009, 2003 WL 26099687 (Bankr. S.D. Ga. Aug. 4, 2003) | 4-Aug-03 | $10,000 | $824 | **12.14** |
| 259 | Progressive Motors, Inc. v. Frazier, 220 B.R. 476 (D. Utah 1998) | 15-May-98 | $20,000 | $1,501 | **13.32** |
| 260 | In re Mocella, 552 B.R. 706 (Bankr. N.D. Ohio 2016) | 15-Jun-16 | $250,000 | 17,755 | **14.08** |
| 261 | In re Grochowski, No. 5:06–bk–51666–JJT, 2012 WL 5306047 (Bankr. M.D. Pa. Oct. 26, 2012) | 26-Oct-12 | $7,500 | $500 | **15.00** |
| 262 | In re Johnson, No. 15–50053, 2016 WL 659020 (Bankr. W.D.N.C. Feb. 17, 2016) | 17-Feb-16 | $54,000 | $3,597 | **15.01** |
| 263 | In re Campbell, 553 B.R. 448 (Bankr. S.D. Ala. 2016) | 14-Jun-16 | $50,000 | $3,250 | **15.38** |
| 264 | In re Dunning, 269 B.R. 357 (Bankr. N.D. Ohio 2001) | 3-Oct-01 | $3,000 | $180 | **16.67** |
| 265 | In re Bourke, 543 B.R. 657 (Bankr. D. Mont. 2015) | 24-Dec-15 | $900 | $50 | **18.00** |
| 266 | In re Stewart, No. 08–15643–JNF, 2010 WL 1427378 (Bankr. D. Mass. Apr. 9, 2010) | 9-Apr-10 | $24,000 | $1,000 | **24.00** |
| 267 | In re Miller, 200 B.R. 415 (Bankr. M.D. Fla 1996) | 17-Jul-96 | $10,000 | $300 | **33.33** |
| 268 | In re Meeks, 260 B.R. 46 (Bankr. M.D. Fla. 2000) | 13-Nov-00 | $35,000 | $479 | **73.07** |
| 269 | In re Lile, 161 B.R. 788 (S.D. Tex. 1993) | 11-Jun-93 | $100,000 | $450 | **222.22** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 270 | In re Poteat, No. 3:14–CV–46–TAV–HBG, 2015 WL 4747883 (E.D. Tenn. 2015) | 8-Jan-15 | $7,500 | $28 | **267.86** |
| 271 | In re Kortz, 283 B.R. 706 (Bankr. N.D. Ohio 2002) | 27-Sep-02 | $51,500 | $133 | **387.22** |
| 272 | In re Lightfoot, 399 B.R. 141 (Bankr. E.D. Pa. 2008) | 8-Oct-08 | $1,000 | $0 | **N/A** |
| 273 | In re Keppel, No. 09–22293REF, 2009 WL 9083711 (Bankr. E.D. Pa. Nov. 13, 2009) | 13-Nov-09 | $2,000 | $0 | **N/A** |
| 274 | In re Davis, No. 09–92106, 2010 WL 431676 (Bankr. C.D. Ill. Feb. 1, 2010) | 1-Feb-10 | $400 | $0 | **N/A** |
| 275 | In re Jean-Francois, 532 B.R. 449 (Bankr. E.D.N.Y. 2015) | 1-Jul-15 | $50,000 | $0 | **N/A** |
| 276 | In re Baker, 140 B.R. 88 (D. Ver. 1992) | 31-Jan-92 | $10,000 | $0 | **N/A** |
| 277 | In re Atlantic Medical Management Services, Inc., 387 B.R. 654 (Bank. E.D. Pa. 2008) | 8-Apr-08 | $750 | $0 | **N/A** |
| 278 | In re McCarthy, 421 B.R. 550 (Bankr. D. Colo. 2009) | 30-Nov-09 | $1,000 | $0 | **N/A** |
| 279 | In re Reyes, No. 10–52366–C, 2011 WL 1522337 (Bankr. W.D. Tex. Apr. 20, 2011) | 20-Apr-11 | $5,000 | $0 | **N/A** |
| 280 | In re J.S. II, L.L.C., et al, 427 B.R. 673 (Bankr. N.D. Ill. 2010) | 9-Apr-10 | $10,000 | $0 | **N/A** |
| 281 | In re Baker, 183 B.R. 30 (Bankr. D.R.I. 1995) | 15-Jun-95 | $2,500 | $0 | **N/A** |
| 282 | In re Georgeff, 226 B.R. 852 (Bankr. S.D. Ohio 1998) | 22-Jul-98 | $1,000 | $0 | **N/A** |
| 283 | In re Nosler, No. 6:07–bk–00188–ABB, 2007 WL 4322315 (Bankr. M.D. Fla. Aug. 2, 2007) | 2-Aug-07 | $1,500 | $0 | **N/A** |
| 284 | In re Patterson, 263 B.R. 82 (Bankr. E.D. Pa. 2001) | 24-May-01 | $4,500 | $0 | **N/A** |
| 285 | In re McGrath, No. 04-10606, 2005 WL 1595729 (Bank. D. Vt. Jul. 1, 2005) | 1-Jul-15 | $1,800 | $0 | **N/A** |

**Decisions Awarding Punitive Damages, Sorted by Ratio**

| No. | Case Name | Date | Punitive | Actual | Ratio |
|---|---|---|---|---|---|
| 286 | In re Brown, No. 00–33939, 2000 WL 34532235 (Bankr. E.D. Va. Dec. 8, 2000) | 8-Dec-00 | $750 | $0 | N/A |
| 287 | In re Green, No. 09–06673–8–RDD, 2011 WL 5902502 (Bankr. E.D.N.C. Oct. 20, 2011) | 20-Oct-11 | 2,000 | $0 | N/A |
| 288 | In re Carrigg, 216 B.R. 303 (1st Cir. 1998) | 9-Jan-98 | $1,000 | $0 | N/A |
| 289 | In re Howard Komendant, C.P.A., P.C., No. 10–2140 (SRC), 2010 WL 2925167 (D.N.J. July 19, 2010) | 19-Jul-10 | $5,000 | $0 | N/A |
| 290 | In re Gault, 136 B.R. 736 (Bankr. E.D. Tenn. 1991) | 11-Oct-91 | $2,500 | $0 | N/A |
| 291 | In re Seal, 192 B.R. 442 (Bankr. W.D. Mich. 1996) | 16-Feb-96 | $750 | $0 | N/A |
| 292 | In re Riddick, 231 B.R. 265 (Bankr. N.D. Ohio 1999) | 8-Feb-99 | $3,000 | $0 | N/A |
| 293 | In re Marine Pollution Serv. Inc., 99 B.R. 210 (Bankr. S.D.N.Y. 1989) | 28-Mar-89 | $2,000 | $0 | N/A |
| 294 | Dunlop-McCullen v. Local 1-S, AFL-CIO-CLC, 149 F.3d 85 (2d Cir. 1998) | 7-May-98 | $800 | $0 | N/A |
| 295 | Solfanelli v. Corestates Bank, N.A., 203 F.3d 197 (3d Cir. 2000) | 31-Jan-00 | $10,000 | $0 | N/A |
| 296 | Weary v. Poteat, 627 Fed.Appx. 475 (6th Cir. 2015) | 30-Sep-15 | $7,500 | $0 | N/A |
| | **MEDIAN VALUES** | | **$4,500** | 2,763 | **1.00** |
| | **Median ratio in cases in which actual damages were $50,000 or more** | | | | **0.61** |