FORM EDC3071 Certificate of Notice (v.1.15)     14–02278 – C – 0

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## CERTIFICATE OF NOTICE

In re

Erik J. Sundquist and Renee Sundquist

Debtor(s).

**Bankruptcy Case No.**

10–35624 – B – 13

Erik J. Sundquist
et al.

Plaintiff(s),

v.

Bank of America, N.A.
et al.

Defendant(s).

**Adversary Proceeding No.**

14–02278 – C

**DCN:**

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit, filed on April 6, 2017, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Erik and Renee Sundquist<br>1321 Feliz Way<br>Lincoln, CA 96548 | Dennise S. Henderson<br>1903 21st St<br>Sacramento, CA 95811 | Reed Smith<br>Jonathan R. Doolittle, 101 Second St, Ste 1800<br>San Francisco, CA 94102 |
| Estela Pino<br>Pino & Associates<br>800 Howe Avenue, Ste 420<br>Sacramento, CA 95825 | James L. Stang<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd<br>Ste 1300<br>Los Angeles, CA 90067 | Deleyla A. Lawrence<br>101 2nd St #1800<br>San Francisco, CA 94105 |
| Le T. Duong<br>101 2nd St #1800<br>San Francisco, CA 94105 | Justin E. McGuirk<br>101 2nd St #1800<br>San Francisco, CA 94105 | U.S. Trustee<br>501 I St Ste 7–500<br>Sacramento CA 95814 |

Dated:
4/7/17

For the Court,
Wayne Blackwelder , Clerk