Dennise Henderson SBN: 208640
1903 Twenty First Street
Sacramento CA 95811
(916)456-2027 OFFICE
(916)456-2035 FAX
dshendersonlaw@yahoo.com

UNITED STATE BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK J. SUNDQUIST; RENEE SUNDQUIST,<br><br>    Plaintiffs,<br><br>vs.<br><br>RECONTRUST COMPANY, N.A; BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICEING, LP; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>    Defendant | Bankr No. 10-35624<br>Chapter 13<br>Adv. 14-02278<br>Comp. Filed : Sept. 23,2014<br>FAC Filed: Mar. 19, 2015<br>SAC Filed: July 15, 2015<br>Judgement Entered: Mar. 23, 2017<br>Honorable Christopher M. Klein<br><br>**NOTICE OF LIEN** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS, AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED IN THIS ACTION:**

PLEASE TAKE NOTICE THAT the undersigned was formerly the attorney of record herein for Erik and Renee Sundquist; but has been relieved as said parties' attorney of record by substitution of counsel filed on April 6, 2017, and order of the court approving said substitution on April 11, 2017.

PLEASE TAKE NOTICE THAT by virtue of a written fee agreement with said parties dated October 22, 2014, the undersigned attorney claims a lien ahead of all others on any judgment rendered in favor of said parties, and on any settlement paid pursuant to said judgment, to secure payment for legal services rendered and costs and expenses advanced on behalf of said parties, all in accordance with the terms of the aforementioned fee agreement.

Dated this 26 of April 2017.

                                                                     Dennise S. Henderson

NOTICE OF LIEN - 1