Bond No. __K09618181__

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

ERIK SUNDQUIST AND RENEE SUNDQUIST, Plaintiff )
)
v. )    Adv. Pro. No. 14-02278
)
BANK OF AMERICA, N.A.; )     Case No. 10-35624-B-13J
RECONTRUST COMPANY, N.A.; )
AND BAC HOME LOAN SERVICING, LP, Defendants )

**APPEAL BOND**

KNOW ALL MEN BY THESE PRESENT, that the undersigned, Bank of America, N.A., as Principal, and Westchester Fire Insurance Company, as Surety, are held and firmly bound unto Erik Sundquist and Renee Sundquist in the maximum sum of Fifty Seven Million Five Hundred Ninety Three Thousand Two Hundred Twenty Seven and .00/100 Dollars ($57,593,227.00) to the payment of which we bind ourselves, our successors and assigns jointly and severally by these presents.

WHEREAS, on the 23rd day of March, 2017, judgment was entered in the United States Bankruptcy Court of the Eastern District of California (the "Court") in favor of Erik Sundquist and Renee Sundquist against Bank of America, N.A. in the sum of Forty Six Million Seventy Four Thousand Five Hundred Eighty One and 50/100 Dollars ($46,074,581.50).

WHEREAS, Bank of America, N.A. has filed a post-trial motion under Fed. R. Bankr. 7052 and 9023 and may file an appeal from the judgment in this case and suspension of execution of the judgment is sought;

NOW, THEREFORE, THE CONDITION OF THE ABOVE OBLIGATION IS SUCH, that in the event Bank of America, N.A., shall satisfy the judgment, or the part thereof, if such judgment or such part thereof be affirmed in whole or in part, or if the appeal not be timely prosecuted, or if the appeal be denied, and pay damages, costs and fees which may be awarded against Bank of America, N.A., and all actual damages incurred in consequence of the suspension, then this obligation to be void; otherwise to remain in full force and effect. In no event shall the Surety be obligated for more than the above stated maximum sum of this bond, regardless of the number of years this bond shall be in effect.

This Appeal Bond is subject to all applicable state and federal law. The Surety subjects itself to the jurisdiction of the United States Bankruptcy Court for the Eastern District of California and consents to entry of final judgment by the Bankruptcy Judges of the United States Bankruptcy Court for the Eastern District of California, irrevocably appoints the Clerk of the United States Bankruptcy Court for the Eastern District of California as its agent on whom any papers affecting its liability may be served, and consents that its liability shall be joint and several, that judgment may be entered against it in accordance with this obligation simultaneously with judgment against its Principal, and that execution may therefore issue against its property. Notwithstanding appointment of the Clerk of the United States Bankruptcy Court for the Eastern District of California as agent for service of process, any person seeking judgment against the Surety shall make a good faith effort to give actual notice to the Surety of all actions or motions by which judgment is sought against the Surety.

IN WITNESS WHEREOF, Bank of America, has caused this bond to be signed and its seal to be affixed as Principal by its duly authorized officer or attorney and Westchester Fire Insurance Company has caused this bond to be signed and its seal to be affixed as Surety by Kimberly G. Sherrod its duly authorized Attorney-in-Fact this ___11th___ day of April, 2017

Bank of America, N.A.
Principal

By: _____
Authorized Officer or Attorney

Westchester Fire Insurance Company
Surety Company

By: _____
Kimberly G. Sherrod; Attorney-in-Fact

# Power of Attorney

## WESTCHESTER FIRE INSURANCE COMPANY

**Know all men by these presents:** That **WESTCHESTER FIRE INSURANCE COMPANY**, a corporation of the Commonwealth of Pennsylvania pursuant to the following Resolution, adopted by the Board of Directors of the said Company on December 11, 2006, to wit:

"RESOLVED, that the following authorizations relate to the execution, for and on behalf of the Company, of bonds, undertakings, recognizances, contracts and other written commitments of the Company entered into the ordinary course of business (each a "Written Commitment"):

(1) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise.

(2) Each duly appointed attorney-in-fact of the Company is hereby authorized to execute any Written Commitment for and on behalf of the Company, under the seal of the Company or otherwise, to the extent that such action is authorized by the grant of powers provided for in such persons written appointment as such attorney-in-fact .

(3) Each of the Chairman, the President and the Vice Presidents of the Company is hereby authorized, for and on behalf of the Company, to appoint in writing any person the attorney-in-fact of the Company with full power and authority to execute, for and on behalf of the Company, under the seal of the Company or otherwise, such Written Commitments of the Company as may be specified in such written appointment, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(4) Each of the Chairman, the President and Vice Presidents of the Company in hereby authorized, for and on behalf of the Company, to delegate in writing any other officer of the Company the authority to execute, for and on behalf of the Company, under the Company's seal or otherwise, such Written Commitments of the Company as are specified in such written delegation, which specification may be by general type or class of Written Commitments or by specification of one or more particular Written Commitments.

(5) The signature of any officer or other person executing any Written Commitment or appointment or delegation pursuant to this Resolution, and the seal of the Company, may be affixed by facsimile on such Written Commitment or written appointment or delegation.

FURTHER RESOLVED, that the foregoing Resolution shall not be deemed to be an exclusive statement of the powers and authority of officers, employees and other persons to act for and on behalf of the Company, and such Resolution shall not limit or otherwise affect the exercise of any such power or authority otherwise validly granted or vested.

Does hereby nominate, constitute and appoint Annette Leuschner, Douglas R Wheeler, Elizabeth Marrero, Jaquanda Martin, Kimberly G Sherrod, Marina Tapia, Maureen McNeill, Patricia A. Rambo, Sara Owens, Wayne McVaugh, all of the City of PHILADELPHIA, Pennsylvania, each individually if there be more than one named, its true and lawful attorney-in-fact, to make, execute, seal and deliver on its behalf, and as its act and deed any and all bonds, undertakings, recognizances, contracts and other writings in the nature thereof in penalties not exceeding Fifty million dollars & zero cents ($50,000,000.00) and the execution of such writings in pursuance of these presents shall be as binding upon said Company, as fully and amply as if they had been duly executed and acknowledged by the regularly elected officers of the Company at its principal office,

IN WITNESS WHEREOF, the said Stephen M. Haney, Vice-President, has hereunto subscribed his name and affixed the Corporate seal of the said **WESTCHESTER FIRE INSURANCE COMPANY** this 17 day of July 2015.

**WESTCHESTER FIRE INSURANCE COMPANY**



Stephen M. Haney, Vice President

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA   ss.

On this 17 day of July, AD. 2015 before me, a Notary Public of the Commonwealth of Pennsylvania in and for the County of Philadelphia came Stephen M. Haney, Vice-President of the **WESTCHESTER FIRE INSURANCE COMPANY** to me personally known to be the individual and officer who executed the preceding instrument, and he acknowledged that he executed the same, and that the seal affixed to the preceding instrument is the corporate seal of said Company; that the said corporate seal and his signature were duly affixed by the authority and direction of the said corporation, and that Resolution, adopted by the Board of Directors of said Company, referred to in the preceding instrument, is now in force.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at the City of Philadelphia the day and year first above written.

NOTARIAL SEAL
KAREN E. BRANDT, Notary Public
City of Philadelphia, Phila. County
My Commission Expires Sept. 26, 2018

Karen E Brandt, Notary Public

I, the undersigned Assistant Secretary of the **WESTCHESTER FIRE INSURANCE COMPANY,** do hereby certify that the original POWER OF ATTORNEY, of which the foregoing is a substantially true and correct copy, is in full force and effect.

In witness whereof, I have hereunto subscribed my name as Assistant Secretary, and affixed the corporate seal of the Corporation, this 11TH day of April 2017

William L. Kelly, Assistant Secretary

**THIS POWER OF ATTORNEY MAY NOT BE USED TO EXECUTE ANY BOND WITH AN INCEPTION DATE AFTER July 17, 2017.**



DocuGard #04546 contains a security pantograph, blue background, heat-sensitive ink, coin-reactive watermark, and microtext printing on border.

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of <u>CALIFORNIA</u>

County of <u>LOS ANGELES</u>

On <u>04-14-17</u> before me, <u>MARISA BILOG</u>, Notary Public, personally appeared <u>WENDY SCHOLL</u> who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of <u>CALIFORNIA</u> that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
Signature of Notary Public



MARISA I. BILOG
COMM. # 2068022
NOTARY PUBLIC · CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires May 12, 2018

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Ohio

County of ____Franklin_____

On ___04/11/17_____ before me, ___Linda G Christian___, Notary Public, personally appeared __Kimberly G. Sherrod_____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature *Linda G. Christian*

Linda G Christian; Signature of Notary Public

LINDA G CHRISTIAN
Notary Public
In and for the State of Ohio
My Commission Expires
May 5, 2018