# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAY 15 2017
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Erik J. Sundquist<br>Renee Sundquist<br><br>　　　　　　　　　Debtor(s). | Bankruptcy Appellate Panel No. EC-17-1103<br><br>Bankruptcy Court Case No. 10-35624-B-13 |
| Erik and Renee Sundquist<br>　　　　　　　　　Plaintiff(s),<br>v.<br>Bank of America, et al<br>　　　　　　　　　Defendant(s). | Adversary Proceeding No. 14-2278<br><br>Docket Control No. |

## CERTIFICATE OF RECORD

The undersigned Deputy Clerk of the U.S. Bankruptcy Court for the Eastern District of California, certifies pursuant to Rule 4(a) of the Rules of the U.S. Bankruptcy Appellate Panel for the Ninth Circuit, that the record with respect to the above-captioned matter is complete for purposes of appeal. Pursuant to Fed.R.Bankr.P. 8007(b), the original record will be retained by this court. Excerpts of the record, including transcripts, shall be filed and served with briefs as an appendix, pursuant to Fed.R. Bankr.P. 8009(b).

Dated: 05/15/17

FOR THE COURT
WAYNE BLACKWELDER, CLERK

U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814

By: *Leticia Beltran*
Deputy Clerk
Fresno Division, (559) 499-5800

EDC 2-075 (Rev. 11/18/14)