Mark E. Ellis - 127159
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com

Special Counsel and Attorneys for
PLAINTIFFS/DEBTORS ERIK J. SUNDQUIST AND RENEE SUNDQUIST

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ERIK SUNDQUIST and RENEE SUNDUIST,<br><br>            Debtors<br>_____<br>ERIK SUNDQUIST and RENEE SUNDQUIST,<br><br>            Plaintiffs,<br><br>BANK OF AMERICA, N.A.; RECONSTRUST COMPANY, N.A.; BAC HOME LOANS SERVICING, LP,<br><br>            Defendants | Case No.: 10-35624-B-13J<br>Chapter 13<br><br><br><br><br>Adv. Proc. No.: 14-02278<br><br>**ELLIS LAW GROUP, LLP'S DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR [11 U.S.C. § 329(a) AND FED. BANKR. P. 2016(b)]** |

    1.     Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I, Mark E. Ellis of the Ellis Law Group, LLP, hereby certify that I am Special Counsel for the above-named Plaintiffs/Debtors Erik Sundquist and Renee Sundquist (hereinafter, "the Sundquists"), and the compensation agreed to be paid for legal services rendered, or to be rendered, by Ellis Law Group, LLP on behalf of the Sundquists, is as follows:

For Legal Services, I have agreed to accept the following hourly rates:

| | |
|---|---:|
| For legal worked performed by me: | $300.00 |
| For legal work performed by Associate Attorneys: | $250.00 |

-1-
_____
**ELLIS LAW GROUP, LLP'S DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS
[11 U.S.C. § 329(a) AND FED. BANKR. P. 2016(b)]**

| | |
|---|---:|
| For work performed by Law Clerks and Paralegals: | $100.00 |
| Prior to the filing of this statement, the amount received for fees and costs incurred on behalf of the Sundquists is: | $0.00 |

2. The source of compensation to be paid to Ellis Law Group, LLP for legal services and costs rendered on behalf of the Sundquists is Erik and Renee Sundquist.

3. Billing to and payment by the Sundquists of the hourly fees and costs agreed to be paid to Ellis Law Group, LLP is deferred until 30 days after the Sundquists receive payment under the judgment, dated March 23, 2017, in the matter of *Sundquist v. Bank of America (In re: Sundquist)*, or by way of settlement, or within 30 days of resolution of the above-titled matter. Payment under this agreement is not contingent, but only deferred.

4. I have not agreed to share the above-disclosed compensation with any other person, unless a member or members of Ellis Law Group, LLP.

5. In return for the above-disclosed compensation, I have agreed to represent the Sundquists in regards to any fee issue related to Dennise Henderson, their former attorney.

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to Ellis Law Group, LLP's for the representation of the Sundquists.

Dated: October 6, 2017  ELLIS LAW GROUP, LLP

    /s/ *Mark E. Ellis*
By: MARK E. ELLIS
Special Counsel and Attorneys for
PLAINTIFFS/DEBTORS ERIK J. SUNDQUIST
and RENEE SUNDQUIST

ELLIS LAW GROUP, LLP'S DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS
[11 U.S.C. § 329(a) AND FED. BANKR. P. 2016(b)]