FORM EDC850ap Bankruptcy Appeal Transmittal Form (v.8.14)     14−02278 − C − 0

**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov



# BANKRUPTCY APPEAL TRANSMITTAL FORM

| | |
|---|---|
| In re<br><br>Erik J. Sundquist and Renee Sundquist<br><br>                                                          Debtor(s). | **Bankruptcy Case No.**<br><br>10−35624 − B − 13 |
| Erik J. Sundquist<br>et al.<br><br>                                                          Plaintiff(s),<br><br>v.<br><br>Bank of America, N.A.<br>et al.<br><br>                                                        Defendant(s). | **Adversary Proceeding No.**<br><br>14−02278 − C<br><br>**DCN:**     ELG−1 |

TO:     Bankruptcy Appellate Panel of the Ninth Circuit
            125 S. Grand Ave., Pasadena, CA 91105 ((626) 229−7225).

FROM:  U.S. Bankruptcy Court
            Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order): Hon. Christopher M. Klein

Date Notice of Appeal Filed: 11/28/17

Date of Entry of Order Appealed From: 11/15/17

Date Bankruptcy Case Filed: 6/14/10

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties: 11/28/17

Filing Fee Paid? yes

Dated:
11/28/17

For the Court,
Wayne Blackwelder , Clerk