FORM EDC3071 Certificate of Notice (v.1.15)

14–02278 – C – 0

# UNITED STATES BANKRUPTCY COURT
### Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## CERTIFICATE OF NOTICE

| In re | |
|---|---|
| Erik J. Sundquist and Renee Sundquist | **Bankruptcy Case No.** |
| Debtor(s). | 10–35624 – B – 13 |
| Erik J. Sundquist<br>et al. | |
| Plaintiff(s), | **Adversary Proceeding No.** |
| v. | 14–02278 – C |
| Bank of America, N.A.<br>et al. | **DCN:** ELG–1 |
| Defendant(s). | |

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit, filed on November 28, 2017, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

Erik and Renee Sundquist
1321 Feliz Way
Lincoln, CA 96548

Mark E. Ellis
ELLIS LAW GROUP, LLP
1425 River Park Dr,#400
Sacramento, CA 95815

Estela Pino
20 Bicentennial Circle
Ste 200
Sacramento CA 95826

James Stang
10100 Santa Monica Blvd #1300
Los Angeles CA 90067

Kenneth Brown
10100 Santa Monica Blvd #1300
Los Angeles CA 90067

U.S. Trustee
501 I St #7–500
Sacramento CA 95814

Deleyla A. Lawrence
101 2nd St #1800
San Francisco CA 94105

Jonathan R. Doolittle
101 2nd St #1800
San Francisco CA 94105

Dennise Henderson
c/o Orly Degani
12400 Wilshire Boulevard, Suite 400
Los Angeles CA 90025

Sandor T. Boxer
12400 Wilshire Blvd #1300
Los Angeles CA 90025

Roger N. Heller
275 Battery St 29th Fl
San Francisco CA 94111

Michael W. Sobol
275 Battery St 29th Fl
San Francisco CA 94111

Rhonda S. Goldstein
1111 Franklin St 8th Fl
Oakland CA 94607

Karen J. Petrulakis
1111 Franklin St, 8th Fl
Oakland CA 94607

Charles F. Robinson
1111 Franklin St, 8th Fl
Oakland CA 94607

Elise K. Traynum
Office of the General Counsel

Jonathan D. Hacker
1625 Eye St, NW

200 McAllister St  
San Francisco CA 94102

Washington DC 20006

Dated:  
11/28/17

For the Court,  
Wayne Blackwelder , Clerk