UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ERIK J. SUNDQUIST and<br>RENEE SUNDQUIST,<br><br>    Debtors.<br><br>ERIK J. SUNDQUIST, and<br>RENEE SUNDQUIST,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.;<br>RECONTRUST COMPANY, N.A.; BAC<br>HOME LOANS SERVICING, LP,<br><br>    Defendants. | Case No. 10-35624-C-13<br><br><br><br><br><br><br><br><br><br>Adversary No. 14-2278 |

**JUDGMENT**

The court having determined that no just reason for delay in the entry of judgment exists, pursuant to Federal Rule of Civil Procedure 54(b), as incorporated by Federal Rule of Bankruptcy Procedure 7054,

**IT IS ORDERED AND ADJUDGED** that the attorney-client contingency fee agreement between attorney Dennise Henderson and debtors Erik and Renee Sundquist is cancelled pursuant to 11 U.S.C. 329(b).

**IT IS FURTHER ORDERED AND ADJUDGED** that the reasonable compensation for Dennise Henderson's services under 11 U.S.C. 329(b) is $70,000.00.

DATE: November 30, 2017

                            UNITED STATES BANKRUPTCY JUDGE

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Dennise Henderson
1903 21st Street
Sacramento, California 95811

Orly Degani
12400 Wilshire Blvd #400
Los Angeles, CA 90025

Jonathan Doolittle
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, California 94105

James Stang and Kenneth Brown
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd, #1300
Los Angeles, California 90067

Estela Pino
Pino & Associates
800 Howe Avenue, Suite 420
Sacramento, California 95825

Roger N Heller
275 Battery St 29th Fl
San Francisco CA 94111

Rhonda S Goldstein
1111 Franklin St 8th Fl
Oakland CA 94607

Elise K Traynum
Office of the General Counsel
200 McAllister St
San Francisco CA 94102

Sandor T Boxer
1888 Century Park E #1150
Los Angeles CA 90067

Mark E Ellis
1425 River Park Drive, Suite 400
Sacramento, CA 95815